UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Case Number: 2:07-CR-20627 |
| ) | |
| v. ) | HON. Marianne O. Battani |
| ) | |
| ALAN M. RALSKY, *et al*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as Counsel in this case for the United States.

I am a trial attorney for the United States Department of Justice, admitted to practice in the

Commonwealth of Virginia.

Respectfully submitted,

**s/ Thomas A. Dukes, Jr.**
THOMAS A. DUKES, JR.
Trial Attorney
U.S. Department of Justice
Criminal Division
Computer Crime and Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC  20530
Telephone: (202) 307-9945
Fax: (202) 514-6113
Email: thomas.dukes@usdoj.gov

Date: May 16, 2008

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system.  Notice of this filing will be sent by e-mail to all counsel of record by operation of ECF.

**s/ Thomas A. Dukes, Jr.**
Thomas A. Dukes, Jr.
Trial Attorney
