# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

ALAN M. RALSKY, *et al*

        Defendant(s).
_____/

CASE NUMBER: 07-20627

HON. MARIANNE O. BATTANI

## AMENDED ORDER SETTING DATES AND DETERMINING EXCLUDABLE DELAY

The defendants' in this case request additional time, therefore, the Court has set a discovery cut-off of **March 20, 2009;** motion cut-off deadline of **April 24, 2009**; responses are due **May 11, 2009**; motion hearing is scheduled for **June 2, 2009 @ 2:30 p.m., (June 2nd will serve as the plea cut-off, if no motions filed April 24, 2009).**

IT IS ORDERED that trial is scheduled for **September 9, 2009 @ 9:00 a.m. (No change).**

IT IS FURTHER ORDERED that the time period from March 20, 2009 to September 9, 2009, is excludable delay under the provisions of 18 USC § 3161(h)(8) in that the ends of justice served by the delay to allow the defendants additional time to review the extensive discovery material and to properly prepare for trial or other disposition of this case, outweigh the best interest of the public and the defendants in a speedy trial because failure to grant such a continuance would result in a miscarriage of justice.

IT IS SO ORDERED.

                                              s/Marianne O. Battani
                                              MARIANNE O. BATTANI
                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF MAILING**

    I certify that a copy of this notice was served upon ALL COUNSEL OF RECORD on this date, March 9, 2009, by electronic filing.

Date: <u>March 9, 2009</u>                                                  <u>s/Bernadette M. Thebolt</u>
                                                                                   Deputy Clerk
                                                                                   313-234-2627